# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jace Harvey, | No. CV-25-02159-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Bad Birdie LLC, *et al.*, | |
| Defendants. | |

Upon review of Plaintiff's Notice of Dismissal (Doc. 18), and good cause appearing,

**IT IS HEREBY ORDERED** the above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

**IT IS FURTHER ORDERED** directing the Clerk to close this matter.

Dated this 4th day of August, 2025.

Honorable John J. Tuchi
United States District Judge